

Timothy Gilman
212.756.2086
Tim.Gilman@srz.com

January 22, 2025

VIA ECF

Hon. Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: <u>Varia Holdings LLC v. Apple, Inc.</u>, No. 23-cv-7477-RPK-RML (E.D.N.Y.)

Dear Judge Kovner:

      Pursuant to Rule IV.B.3.b of the Court's Individual Practice Rules, we write to inform the Court that yesterday, January 21, 2025, Varia served on all counsel of record its Opposition to Defendant Apple Inc.'s Motion to Transfer, along with supporting papers which included the Declaration of Palash Kacholia, as well as the Declaration of Natalie D. Lieber, and Exhibits 1-18 thereto. We understand that Apple will file these documents on the Court's ECF system pursuant to Rule IV.B.3.c of the Court's Individual Practices, after the motion has been fully briefed.

Respectfully submitted,

<u>/s/ Timothy Gilman</u>
Timothy Gilman